[No. 9386–7–III. Division Three. July 27, 1989.]

JACK CARR, *Appellant,* v. JAKE WHITE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Franklin County, No. 87–2–50342–1, Dennis D. Yule, J., entered May 31, 1988. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 7807–8–III. Division Three. July 27, 1989.]

STEPHEN PETER FORSYTH, ET AL, *Respondents,* v. THE UNITED STATES NATIONAL BANK OF OREGON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–00630–1, William J. Grant, J., entered April 7, 1986. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 9180–5–III. Division Three. July 27, 1989.]

THE STATE OF WASHINGTON, *Appellant,* v. AUSTRAVERTO R. PIMINTEL, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 87–1–50314–2, Dennis D. Yule, J., entered February 23, 1988. *Reversed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J. Now published at 55 Wn. App. 569.